IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION
"IN ADMIRALTY"

STARBOARD YACHT GROUP LLC                    CASE NO:   0:24-cv-60352-RS

A Florida Limited Liability Company,

      Plaintiff,

vs.

M/V ANDIAMO, a 2019 Azimut, 50 Flybridge
Model Vessel, its engines, tackle, boats, gear,
machinery, appurtenances, including one Seakeeper
6 Stabilization unit, etc., *in rem*,

      Defendant.

_____/

### MOTION FOR ISSUANCE OF ARREST WARRANT IN REM

COMES NOW, Plaintiffs, by and through undersigned counsel and Pursuant to Supplemental Admiralty Rule C and E and Local Admiralty Rules C(3) and 7.1(e) and hereby moves this Court for Issuance of a Warrant of Arrest for the M/V ANDIAMO, a 2019 Azimut, 50 Flybridge Model Vessel, its engines, tackle, boats, gear, machinery, appurtenances, including one Seakeeper 6 Stabilization unit, etc., *in rem*, and as grounds would state as follows:

1.    On or about March 1, 2024, Plaintiffs initiated the above-style action against the vessel MV ANDIAMO and her boats, tackle, apparel, furniture and furnishings, equipment, engines and appurtenances for foreclosure of a maritime lien for necessaries and breach of maritime contract (DE 1).

2.    The necessaries and services were provided to the vessel from and included dockage, repairs, labor, parts, storage of vessel and storage of a Seakeeper 6 unit and materials for

1

the vessel.

3. Vessel owner has filed criminal complaint against Plaintiff alleging it stole vessel equipment and process must issue to secure the vessel and its appurtenances being held as security for the vessel's debt.

4. Upon information and belief, owner is planning to remove it from the jurisdiction to the Bahamas beyond the reach of this Court.

5. Plaintiff also asserts that the vessel owner is purposely avoiding payment of the invoices even though the invoices were provided to owner and owner's representatives.

6. The vessel's value and the appurtenances being held by Plaintiff are sufficient to pay the invoices and damages as can nearly be determined.

7. Plaintiff would be irreparably harmed if the vessel were to be allowed to leave the District and it could not attach the appurtenances of the vessel (Seakeeper 6 unit) to secure its valid maritime claims.

8. Plaintiffs have complied with all conditions precedent and has established a *prima facie* case for a Rule C Arrest.

9. THEREFORE, in accordance with the representations set forth in this instrument, Plaintiffs request this Court to enter an Order Directing Issuance of a Warrant of Arrest *in rem* for the M/V ANDIAMO, a 2019 Azimut, 50 Flybridge Model Vessel, its engines, tackle, boats, gear, machinery, appurtenances, including one Seakeeper 6 Stabilization unit, etc. A proposed Order and Warrant are attached.

2

Respectfully submitted this March 4, 2024.

> s/Matthew J. Valcourt
> Matthew J. Valcourt
> Fla. Bar No. 0088791
> VALCOURT AND ASSOCIATES LLC
> 850 NE Third Street Suite 208
> Dania FL 33004
> Telephone: (305) 763-2891
> Facsimile: (305) 470-7484
> Email: mvalcourt@valcourtlaw.com
> Attorneys for Plaintiff Starboard Yacht Group LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> s/ Matthew J. Valcourt
> Matthew J. Valcourt

3