IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION
IN ADMIRALTY

STARBOARD YACHT GROUP LLC                    CASE NO: 0:24-cv-60352-RS

A Florida Limited Liability Company,

       Plaintiff,

vs.

M/V ANDIAMO, a 2019 Azimut, 50 Flybridge
Model Vessel, its engines, tackle, boats, gear,
machinery, appurtenances, including one Seakeeper
6 Stabilization unit, etc., *in rem*,

       Defendant.
_____/

## ORDER DIRECTING THE ISSUANCE OF THE WARRANT OF ARREST

This cause came before the Court upon Plaintiff's *ex parte* Emergency Motion for Issuance of Arrest Warrant. The Court has reviewed the pleadings and motion and being otherwise advised it is hereby, ORDERED that the *ex parte* emergency motion for issuance of a Warrant for Arrest is hereby GRANTED.   Pursuant to Supplemental Rule C(1) and Local Admiralty Rule C(2)(a), The Clerk of the Court is hereby directed to issue a Warrant of Arrest *in rem* of the M/V ANDIAMO, a 2019 Azimut, 50 Flybridge Model Vessel, its engines, tackle, boats, gear, machinery, appurtenances, including one Seakeeper 6 Stabilization units etc. *in rem.*

DONE AND ORDERED at _____ Florida, this _____ day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       Clerk of Court
       Substitute Custodian