UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

STARBOARD YACHT GROUP, LLC, a
Florida limited liability company,

     Plaintiff,

v.

M/V ANDIAMO, a 2019 Azimut, 50
Flybridge Model Vessel, its engines, tackle,
boats, gear, machinery, appurtenances,
including one Seakeeper 6 Stabilization
unit, etc., in rem,

     Defendant.

Case No. 0:24-CV-60352-RS

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that JUSTIN S. FIORILLI of FIORILLI LAW GROUP, P.A.

hereby appears as counsel on behalf of Defendant Vessel, Andiamo, a 2019 Azimut, 50 Flybridge,

its engines, tackle, boats, gear, machinery, appurtenances, etc., in the above-styled action. The

undersigned counsel requests that all pleadings be forwarded to the undersigned counsel.

Dated: March 4, 2024

Respectfully submitted,

FIORILLI LAW GROUP, P.A.
Attorneys for Defendant Vessel
3001 West State Road 84, Third Floor
Fort Lauderdale, Florida 33312
Office: (954) 797-7719
Direct: (561) 727-9337
E-mail: justin@fiorillilaw.com
E-mail: isaiah@fiorillilaw.com

*/s/ Justin S. Fiorilli*
**JUSTIN S. FIORILLI, ESQ.**
FL Bar No. 111481

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the

Clerk of Court for the United States District Court for the Southern District of Florida via CM/ECF

with electronic copies sent to all counsel and *pro se* parties on this 4th day of March, 2024.

Respectfully submitted,

*/s/ Justin S. Fiorilli*

**JUSTIN S. FIORILLI, ESQ.**
FL Bar No. 111481

## SERVICE LIST

MATTHEW J. VALCOURT, ESQ.
FL Ba No. 0088791
VALCOURT AND ASSOCIATES, LLC
Attorneys for Plaintiff, Starboard Yacht Group, LLC
850 N.E. Third Street, Suite 208
Dania Beach, Florida 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
E-mail: mvalcourt@valcourtlaw.com