UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

STARBOARD YACHT GROUP, LLC, a
Florida limited liability company,

     Plaintiff,

v.

M/V ANDIAMO, a 2019 Azimut, 50
Flybridge Model Vessel, its engines, tackle,
boats, gear, machinery, appurtenances,
including one Seakeeper 6 Stabilization
unit, etc., in rem,

     Defendant.

Case No. 0:24-CV-60352-RS

## <u>VERIFIED STATEMENT OF INTEREST</u>

Claimant, Allen Family Office, LLC a Florida limited liability company, by and through

the undersigned counsel, hereby files this Verified Statement of Interest as owner of Defendant

Vessel *Andiamo*, a 2019 Azimut, 50 Flybridge Model Vessel, its engines, tackle, boats, gear,

machinery, and appurtenances, and specially appears in accordance with Supplemental Admiralty

Rule E(8) as claimant and demands restitution of the Defendant Vessel and the right to defend this

action on its behalf.

Dated: March 4, 2024         Respectfully submitted,

FIORILLI LAW GROUP, P.A.
Attorneys for Claimant, Allen Family Office, LLC
3001 West State Road 84, Third Floor
Fort Lauderdale, Florida 33312
Office: (954) 797-7719
Direct: (561) 727-9337
E-mail: justin@fiorillilaw.com
E-mail: isaiah@fiorillilaw.com

*/s/ Justin S. Fiorilli*
**JUSTIN S. FIORILLI, ESQ.**
FL Bar No. 111481

DocuSign Envelope ID: 54ABC6EE-BDFA-48C2-9535-8E78DAC98B2A

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the

Clerk of Court for the United States District Court for the Southern District of Florida via CM/ECF

with electronic copies sent to all counsel and *pro se* parties on this 4th day of March, 2024.

Respectfully submitted,

*/s/ Justin S. Fiorilli*

**JUSTIN S. FIORILLI, ESQ.**
FL Bar No. 111481


## SERVICE LIST

MATTHEW J. VALCOURT, ESQ.
FL Ba No. 0088791
VALCOURT AND ASSOCIATES, LLC
Attorneys for Plaintiff, Starboard Yacht Group, LLC
850 N.E. Third Street, Suite 208
Dania Beach, Florida 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
E-mail: mvalcourt@valcourtlaw.com

<u>**VERIFICATION**</u>

I, <u>**GREGORY ALLEN**</u>, declare under penalty of perjury under the laws of the United States of America:

1.      My name is Gregory Allen. I am over the age of eighteen. I give this declaration based on my personal knowledge as Manager of Allen Family Office, LLC, a Florida limited liability company located at 4191 Aspen Chase Drive, Naples, Florida 34119.

2.      At all times material hereto, Allen Family Office, LLC is the registered owner of the Defendant Vessel *Andiamo,* a 2019 Azimut, 50 Flybridge Model Vessel, its engines, tackle, boats, gear, machinery, and appurtenances.

3.      Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**FURTHER DECLARANT SAYETH NAUGHT.**

DocuSigned by:

*Gregory Allen*

84D3DEA140B94A8

ALLEN FAMILY OFFICE, LLC
By: Gregory Allen
Its: Manager

3/4/2024

Date