IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION
IN ADMIRALTY

STARBOARD YACHT GROUP LLC        CASE NO:     0:24-cv-60352-RS
A Florida Limited Liability Company,

Plaintiff,

vs.

M/V ANDIAMO, a 2019 Azimut, 50 Flybridge
Model Vessel, its engines, tackle, boats, gear,
machinery, appurtenances, including one Seakeeper
6 Stabilization unit, etc., *in rem,*

       Defendant.

_____/

## CERTIFICATE OF INTERESTED PARTIES AND
## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Plaintiffs, by and through their undersigned attorneys, and pursuant to Local Rules 16 and 26 and hereby files their Certificate of Interested Parties and Corporate Disclosure Statement as follows:

1.      Plaintiff, Starboard Yacht Group LLC is a privately held Florida limited liability company and has a financial interest in this case.

2.      Charles Strattman is managing member of plaintiff and has an interest in this case.

3.      Valcourt and Associates LLC and Matthew J. Valcourt are the attorneys for plaintiff.

4.      Defendant M/V ANDIAMO, a 2019 Azimut, 50 Flybridge Model Vessel, its engines, tackle, boats, gear, machinery, appurtenances, including one Seakeeper 6 Stabilization unit, have an interest in this case.

1

5.      Gregory Allen is believed to be the owner of the defendant vessel or have an interest in the vessel and the outcome of this case.

6.      Allen Family Office LLC is believed to be a Florida Limited Liability Company with a registered agent at 1200 Brickell Avenue Suite 950 Miami, FL 33131 and may have an interest in the vessel and the outcome of this case.

7.      Phillip Gregory d/b/a Tag Yachts may have an interest in the outcome of this case.

8.      Plaintiff does not believe the outcome of this case will materially affect any publicly traded company.

Respectfully submitted this March 4, 2024

*s/Matthew J. Valcourt*
Matthew J. Valcourt
Fla. Bar No. 0088791
VALCOURT AND ASSOCIATES LLC
850 NE Third Street Ste 208
Dania FL 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
Email: mvalcourt@valcourtlaw.com
Attorneys for Plaintiff Starboard Yacht Group LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024 the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Matthew J. Valcourt*
Matthew J. Valcourt