IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION
IN ADMIRALTY

STARBOARD YACHT GROUP LLC          CASE NO:
A Florida Limited Liability Company,

Plaintiff,

vs.

M/V ANDIAMO, a 2019 Azimut, 50 Flybridge
Model Vessel, its engines, tackle, boats, gear,
machinery, appurtenances, including one Seakeeper
6 Stabilization unit, etc., *in rem*,

  Defendant.

_____/

## ORDER APPOINTING SUBSTITUTE CUSTODIAN FOR VESSEL AND ITS APPURTENANCES

This cause came before the Court upon Plaintiff's *ex parte* Motion to Appoint Substitute Custodian. The Court has reviewed the motion and notes that a proper Consent and Indemnification agreement has been filed and provided.

IT IS HEREBY **ORDERED** that Plaintiff's Motion to Appoint Starboard Yacht Group LLC. as the Substitute Custodian of the M/V ANDIAMO, a 2019 Azimut, 50 Flybridge Model Vessel, its engines, tackle, boats, gear, machinery, appurtenances, including one Seakeeper Stabilization unit *in rem* is **GRANTED** during the pendency of its arrest in this jurisdiction.

IT IS FURTHER **ORDERED** that the Substitute Custodian shall be allowed to move the vessel from its current location to Starboard Yacht Group LLC's facility within the District or any other safe berth within the District and shall provide notice to the Court and all parties when vessel has been relocated within 24 hours post movement.

1

IT IS FURTHER ORDERED that the Substitute Custodian shall comply with all orders of the Captain of the Port and United States Coast Guard, including but not limited to any orders to move the vessel; and any applicable federal, state, and local laws, regulations and requirements pertaining to the vessel and port safety.  The Substitute Custodian shall advise the Court, the parties to the action, and the United States Marshal, of any movement of the vessel pursuant to an order of the Captain of the Port, or any other vessel movement within twenty-four (24) hours of such vessel movement.

DONE  AND  ORDERED  at  _____  Florida,  this  _____  day  of _____ 2024

_____

UNITED STATES DISTRICT JUDGE

Cc:   Counsel of record
      U.S. Marshal's Service
      Starboard Yacht Group LLC

2