IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION
IN ADMIRALTY

STARBOARD YACHT GROUP LLC   CASE NO:  0:24-cv-60352-RS
A Florida Limited Liability Company,

Plaintiff,

vs.

M/V ANDIAMO, a 2019 Azimut, 50 Flybridge
Model Vessel, its engines, tackle, boats, gear,
machinery, appurtenances, including one Seakeeper 6
Stabilization unit, etc., *in rem,*

  Defendant.

_____/

## CONSENT AND INDEMNITY AGREEMENT

COMES NOW, Plaintiff Starboard Yacht Group LLC pursuant to Supplemental Admiralty Rule C and E and the Local Admiralty Rules, and hereby files this Consent and Indemnity agreement and states as follows:

Plaintiff and Substitute Custodian agree to expressly release, hold harmless, and indemnify the U.S. Marshal for this district, The U.S. District Court and the U.S. Marshal's Service, from any and all liability and responsibility for the care, custody or shifting of the M/V ANDIAMO, a 2019 Azimut, 50 Flybridge Model Vessel, its engines, tackle, boats, gear, machinery, appurtenances, including one Seakeeper 6 Stabilization unit, while in the custody and care of Plaintiff and Custodian. Plaintiff and Starboard Yacht Group LLC, as Substitute Custodian also expressly agree to hold the U.S. Marshal for this District, The U.S. District Court and the U.S. Marshal's Service, harmless and indemnify them from any and all claims whatsoever, arising during the period of the substitute custodianship.

1

_____   Date___3/1/24_____

Matthew J. Valcourt as Attorney for Plaintiff

_____   Date___2/29/24_____

Plaintiff Starboard Yacht Group LLC

_____   Date:___2/29/24_____

Substitute Custodian- Starboard Yacht Group LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Matthew J. Valcourt
Matthew J. Valcourt

2