STARBOARD YACHT GROUP, LLC, a
Florida limited liability company,

    Plaintiff,

v.

M/V ANDIAMO, a 2019 Azimut, 50
Flybridge Model Vessel, its engines, tackle,
boats, gear, machinery, appurtenances,
including one Seakeeper 6 Stabilization
unit, etc., in rem,

    Defendant.

Case No. 0:24-CV-60352-RS

## JOINT MOTION TO APPROVE
## SUBSTITUTE SECURITY FOR DEFENDANT VESSEL

Plaintiff, Starboard Yacht Group, LLC (hereinafter, "Plaintiff"), and Claimant, Allen Family Office, LLC (hereinafter, "Claimant"), as owner of *Andiamo*, a 2019 50' Azimut Motor Vessel (hereinafter, "Defendant Vessel"), by and through the undersigned counsel, and pursuant to Supplemental Admiralty Rule E(5)(a), hereby file this Joint Motion to Approve Substitute Security, and as grounds in support thereof, state the following:

1. On March 1, 2024, Plaintiff filed this lawsuit to foreclose an alleged maritime lien for necessaries on the Defendant Vessel. (ECF No. 1).

2. On March 4, 2024, Plaintiff filed a Motion for Issuance of Arrest Warrant for the Defendant Vessel. (ECF No. 3).

3. On March 8, 2024, Claimant deposited $77,032.00 into the Attorney Trust Account for Fiorilli Law Group, P.A. subject to the terms and conditions set forth in the Security and Joint Escrow Agreement attached hereto as ***Exhibit "A"***.

4. The Parties stipulate that the foregoing amount is sufficient substitute security to answer the claims made by Plaintiff against the Defendant Vessel.

5. The Parties seek an order from the Court approving the substitute security.

**WHEREFORE,** Plaintiff, Starboard Yacht Group, LLC, and Claimant, Allen Family Office, LLC, respectfully request an order granting the following relief:

(a) The funds deposited by Claimant in the amount of $77,032.00 be approved as substitute security for the Defendant Vessel in accordance with Supplemental Admiralty Rule E(5)(a) and be conditioned to answer any judgment for Plaintiff against the Defendant Vessel in this action;

(b) The substitute security be held in the attorney trust account for Fiorilli Law Group, P.A. during the pendency of this action and shall not be released without the consent of the Parties or further order of the Court.

Dated: March 8, 2024

| | |
|---|---|
| **FIORILLI LAW GROUP, P.A.** | **VALCOURT AND ASSOCIATES, LLC** |
| Attorneys for Claimant and Vessel | Attorneys for Plaintiff |
| 3001 West State Road 84, Third Floor | 850 N.E. Third Street, Suite 208 |
| Fort Lauderdale, Florida 33312 | Dania Beach, Florida 33004 |
| Office: (954) 797-7719 | Telephone: (305) 763-2891 |
| Direct: (561) 727-9337 | Facsimile: (305) 470-7484 |
| E-mail: justin@fiorillilaw.com | E-mail: mvalcourt@valcourtlaw.com |
| E-mail: isaiah@fiorillilaw.com | |

*/s/ Justin S. Fiorilli*
**JUSTIN S. FIORILLI, ESQ.**
FL Bar No. 111481

*/s/ Matthew J. Valcourt*
**MATTHEW J. VALCOURT, ESQ.**
FL Bar No. 0088791

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the

Clerk of Court for the United States District Court for the Southern District of Florida via CM/ECF

with electronic copies sent to all counsel and *pro se* parties on this 8th day of March, 2024.

Respectfully submitted,

*/s/ Justin S. Fiorilli*

**JUSTIN S. FIORILLI, ESQ.**
FL Bar No. 111481

<u>**SERVICE LIST**</u>

MATTHEW J. VALCOURT, ESQ.
FL Ba No. 0088791
VALCOURT AND ASSOCIATES, LLC
Attorneys for Plaintiff, Starboard Yacht Group, LLC
850 N.E. Third Street, Suite 208
Dania Beach, Florida 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
E-mail: mvalcourt@valcourtlaw.com