IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION
"IN ADMIRALTY"

STARBOARD YACHT GROUP LLC   CASE NO:   0:24-cv-60352 RS
A Florida Limited Liability Company,

  Plaintiff,

vs.

M/V ANDIAMO, a 2019 Azimut, 50 Flybridge
Model Vessel, its engines, tackle, boats, gear,
machinery, appurtenances, including one Seakeeper
6 Stabilization unit, etc., in rem,

  Defendant.
_____/

## SECURITY AND JOINT ESCROW AGREEMENT

This Security and Joint Escrow Agreement ("Agreement") is made effective this 7th day of March, 2024, by and between Starboard Yacht Group LLC (Plaintiff) and Defendants M/V ANDIAMO a 2019 Azimut, 50 Flybridge Model Vessel, its engines, tackle, boats, gear, machinery, appurtenances, including one Seakeeper 6 Stabilization unit,  etc. ("VESSEL"), in rem, and Allen Family Office, LLC ("OWNER"),

## RECITALS

**WHEREAS,** Plaintiff and OWNER are involved in litigation and arrest of the MV ANDIAMO currently pending in the Southern District of Florida, Case No:  0:24-cv-60352 RS.

**WHEREAS,** a dispute exists between OWNER and Plaintiff related to the charges for the labor, services and materials furnished by Plaintiff to the VESSEL ("DISPUTE").

**WHEREAS,** the parties have agreed to substitute security in lieu of arrest of the VESSEL in the amount of Seventy-Seven Thousand Thirty-Two Dollars and 00/100 ($77,032.00) for any

claim that may be asserted against the VESSEL, in rem to be deposited into the IOTA law firm account of Fiorilli Law Group, P.A.

WHEREAS, Plaintiff and OWNER agree to appoint Justin S. Fiorilli, of Fiorilli Law Group, P.A. and Matthew J. Valcourt of Valcourt and Associates, LLC as Joint Escrow Agents subject to the terms and conditions of this Escrow Agreement.

WHEREAS, Justin S. Fiorilli, of Fiorilli Law Group, P.A. and Matthew J. Valcourt of Valcourt and Associates, LLC accept the appointment as Joint Escrow Agents subject to the terms and conditions of this Escrow Agreement.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties enter into this Escrow Agreement.

### **TERMS**

1.      The Parties declare, represent, and warrant that the foregoing recitals are true and accurate and are a material part and predicate of this Escrow Agreement.

2.      As consideration for releasing and refraining from arresting, attaching, or otherwise restraining the VESSEL and her appurtenances, including one Seakeeper 6 unit, OWNER agrees to deposit within three days of the execution of this Joint Escrow Agreement, the sum of Seventy-Seven Thousand Thirty-Two Dollars and 00/100 ($77,032.00) into the client trust account held by Fiorilli Law Group, P.A. in PNC Bank ("DEPOSIT"). The DEPOSIT shall be disbursed only as directed in writing signed by Plaintiff, OWNER, Valcourt & Associates LLC and Fiorilli Law Group, P.A., or pursuant to a court order or final judgment after exhausting all appeals.

3.      As additional consideration for releasing and refraining from arresting, attaching, or otherwise restraining the VESSEL and Seakeeper 6 unit, OWNER further agrees to file an appearance on behalf of the VESSEL in any action filed in the United States District Court for the Southern District of Florida, in admiralty within ten (10) days of signing this Joint Escrow

DocuSign Envelope ID: 0CA8B0A8-D677-4842-AED0-5E3F0E4052F3

Agreement. In addition, OWNER further agrees to file a Statement of Interest on behalf of the VESSEL in any such action, irrespective of whether or not the VESSEL is in the jurisdiction of the Court, and without raising any question as to her absence from the jurisdiction and whether the VESSEL is lost or not lost, in port or not in port, said in rem appearance and claim to be consistent with the defenses available to the VESSEL and her owners as such defenses may appear in the future and this Agreement shall not constitute a waiver of these defenses. Any appearance and claim filed in accordance with this Paragraph shall stand with the same force and effect as if the VESSEL had been actually seized under warrant for arrest and had thereafter been duly released by the deposit of a surety bond.

4. Upon written confirmation from Justin S. Fiorilli to Matthew J. Valcourt that the Deposit has cleared into the client trust account held by Fiorilli Law Group, P.A., Plaintiff shall release the Seakeeper unit to OWNER or its designated agent forthwith. To the extent that Plaintiff possesses any other tangible or intangible property belonging to the VESSEL, Plaintiff shall release such property at the same time.

5. In the event a final decree, after all appeals, is entered against the VESSEL, in rem, the Escrow Agents shall release the DEPOSIT to satisfy the amount of the final judgment, up to and not exceeding, the amount of Seventy-Seven Thousand Thirty-Two Dollars and 00/100 ($77,032.00), the said final judgment or any lesser amount decreed by the court or settled between the Parties where said settlement has been made without any final decree being rendered, and where such settlement is on behalf of the VESSEL *in rem*. Nothing herein shall limit the ability to recover against the OWNER or any third-party, *in personam*.

6. Escrow Agents shall not be deemed to have knowledge of any matter or thing unless and until the Escrow Agents have received written notice of such matter or thing and the Escrow Agents shall not be charged with any constructive notice whatsoever.



7.      It is agreed that the duties of the Escrow Agents are only such as herein specifically provided and are purely ministerial in nature. Hence, Escrow Agents shall not be held liable for any matter or thing except for their respective negligence or misconduct.

8.      It is agreed that in the event a dispute arises as to this security, the Escrow Agents may interplead the Seventy-Seven Thousand Thirty-Two Dollars and 00/100  ($77,032.00) into the Registry of the United States District Court for the Southern District of Florida, in admiralty, and be relieved of any further obligations hereunder as Escrow Agents. Each Party shall have the right to utilize the services of its attorneys in connection with any dispute which may arise between the Parties based upon this Agreement.

9.      OWNER and Plaintiff stipulate that Justin S. Fiorilli of Fiorilli Law Group, P.A. may represent OWNER and the VESSEL, *in rem* or in *personam* and their assigns, and Matthew J. Valcourt of Valcourt and Associates, LLC may represent the Plaintiff or its assigns, in any litigation arising out of the litigation or this Escrow Agreement, and that the law firms shall not be disqualified from such representation by virtue of having served as Escrow Agents hereunder.

10.     The Escrow Agents shall not be bound by any modification, cancellation, or rescission of this Escrow Agreement unless in writing and signed by the Parties hereto and a copy thereof is received by Escrow Agents.  In no event, however, shall any modification of this Agreement, which shall affect the rights or duties of the Escrow Agents, be binding on the Escrow Agents unless it shall have given their prior written consent, which consent shall not be unreasonably withheld.

11.     It is agreed that any dispute arising under this Escrow Agreement shall be brought exclusively in the United States District Court for the Southern District of Florida in admiralty pursuant to Rule 9(h) to the exclusion of all other jurisdictions, venues, or fora.

12.     This Escrow Agreement is written entirely without prejudice as to any rights or

 

DocuSign Envelope ID: 0CA8B0A8-D677-4842-AED9-5E3F0E4052E3

defenses of the Parties, none of which have been waived or are to be regarded as waived and which are expressly reserved.

13.     Escrow agents may not act independently as individual escrow agents and all disbursements must be signed and executed in writing by both Valcourt and Associates LLC and Fiorilli Law Group, P.A.  to be valid.

**IN WITNESS WHEREOF**, the Parties have executed this Escrow Agreement on the date signed below.

_Gregory Allen_ _____      3/7/2024 _____
Allen Family Office, LLC           Date
By: Gregory Allen

_Matthew Valcourt_ _____      3/8/2024 _____
Valcourt and Associates, LLC       Date
By: Matthew Valcourt

_Justin S. Fiorilli_ _____      3/7/2024 _____
FIORILLI LAW GROUP, P.A        Date
By: Justin Fiorilli

_Jake Stratmann_ _____      3/8/2024 _____
                                         Date:
Starboard Yacht Group LLC
By: Charles Jake Stratmann