UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

STARBOARD YACHT GROUP, LLC, a
Florida limited liability company,

      Plaintiff,

v.

M/V ANDIAMO, a 2019 Azimut, 50
Flybridge Model Vessel, its engines, tackle,
boats, gear, machinery, appurtenances,
including one Seakeeper 6 Stabilization
unit, etc., in rem,

      Defendant.

Case No. 0:24-CV-60352-RS

## ORDER GRANTING JOINT MOTION TO APPROVE SUBSTITUTE SECURITY

This matter comes before the Court upon the Joint Motion to Approve Substitute Security for Defendant Vessel [DE 9]. Upon consideration, it is hereby

**ORDERED** that the Joint Motion to Approve Substitute Security for Defendant Vessel [DE 9] is **GRANTED.** The funds deposited by Claimant, Allen Family Office, LLC, in the amount of $77,032.00 into the attorney trust account for Fiorilli Law Group, P.A. is hereby **APPROVED** as substitute security for the Defendant Vessel and shall remain in the trust account for Fiorilli Law Group, P.A. during the pendency of this action, absent consent of the Parties or further order of this Court and is hereby conditioned to answer the judgment of the Court against the Defendant Vessel in this action.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 11th day of March, 2024

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record