UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO: 0:24-cv-60352-RS

STARBOARD YACHT GROUP LLC
A Florida Limited Liability Company,

      Plaintiff,

vs.

M/V ANDIAMO, a 2019 Azimut, 50 Flybridge
Model Vessel, its engines, tackle, boats, gear,
machinery, appurtenances, including one Seakeeper
6 Stabilization unit, etc., *in rem*,

      Defendant.

_____/

## ORDER DIRECTING THE ISSUANCE OF THE WARRANT OF ARREST

This cause came before the Court upon Plaintiff's Motion for Issuance of Arrest Warrant *In Rem* [DE 3]. Upon consideration, it is

**ORDERED** that Plaintiff's Motion for Issuance of Arrest Warrant *In Rem* [DE 3] is **GRANTED**.  Pursuant to Supplemental Rule (C)(1) for Admiralty and Maritime Claims under the Federal Rules of Civil Procedure and Local Admiralty Rule C(2)(a), the Clerk of Court is directed to issue a Warrant of Arrest *in rem* of the M/V ANDIAMO, a 2019 Azimut, 50 Flybridge Model Vessel, its engines, tackle, boats, gear, machinery, appurtenances, including one Seakeeper 6 Stabilization units etc. *in rem.*

DONE AND ORDERED in Fort Lauderdale, Florida, this 8th day of March, 2024.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record