UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

"IN ADMIRALTY"

STARBOARD YACHT GROUP, LLC, a
Florida limited liability company,

     Plaintiff,

v.

M/V ANDIAMO, a 2019 Azimut, 50
Flybridge Model Vessel, its engines, tackle,
boats, gear, machinery, appurtenances,
including one Seakeeper 6 Stabilization
unit, etc., in rem,

     Defendant.

Case No. 0:24-CV-60352-RS

## <u>CORPORATE DISCLOSURE STATEMENT AND</u>
## <u>CERTIFICATE OF INTERESTED PARTIES</u>

Claimant, Allen Family Office LLC, owner of Defendant Vessel, by and through the

undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, hereby files its

Corporate Disclosure Statement and Certificate of Interested Parties, and states:

1.     No corporation whether a parent or publicly traded corporation owns or has any

interest in Allen Family Office LLC.

2.     The following persons, associated persons, firms, partnerships, or corporations

have a financial interest in the outcome of this case, including all subsidiaries, conglomerates,

affiliates, parent corporations, and other identifiable legal entities related to a party:

     a.     Gregory Allen

     b.     Allen Family Office LLC

     c.     Fiorilli Law Group, P.A.

d.  Justin S. Fiorilli, Esq.

e.  Starboard Yacht Group LLC

f.  Charles J. Stratmann

g.  Valcourt and Associates LLC

h.  Matthew J. Valcourt, Esq.

Dated: April 6, 2024                    Respectfully submitted,

FIORILLI LAW GROUP, P.A.
*Attorneys for Claimant and Defendant Vessel*
3001 West State Road 84, Third Floor
Fort Lauderdale, Florida 33312
Office: (954) 797-7719
Direct: (561) 727-9337
E-mail: justin@fiorillilaw.com
E-mail: isaiah@fiorillilaw.com

*/s/ Justin S. Fiorilli*
**JUSTIN S. FIORILLI, ESQ.**
FL Bar No. 111481

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the

Clerk of Court for the U.S. District Court for the Southern District of Florida by CM/ECF and

served on all counsel of record on the Service List on this 6th day of April, 2024.

Respectfully submitted,

*/s/ Justin S. Fiorilli*
**JUSTIN S. FIORILLI, ESQ.**
FL Bar No. 111481

<u>**SERVICE LIST**</u>

**MATTHEW J. VALCOURT, ESQ.**
FL Ba No. 0088791
**VALCOURT AND ASSOCIATES, LLC**
Attorneys for Plaintiff, Starboard Yacht Group, LLC
850 N.E. Third Street, Suite 208
Dania Beach, Florida 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
E-mail: mvalcourt@valcourtlaw.com