**MY ANDIAMO 50 AZIMUT**

**BUDGET REVIEW**

2/29/2024

**STATEMENT**                    EXHIBIT A

**Starboard Yacht Group**
854 NE 3rd Street Suite 208
Dania Beach     Florida, 33004
Office: 954 376 5400

| RO # | Balance Due | Description of Services |
|------|-------------|-------------------------|
| 41426 | 7,136.26 | removal installation, props lapped, Generator battery setup, Raymarine setup, HBL, electric service pad, marina fees, prop install, battery charger setup |
| 41562 | 41,689.30 | Commissioning (Fly bridge assembly, detail and cleaning, anti-fouling app, elecdtrical survey, service pad electric, HBL, Service Pad) |
| 41506 | 1,696.71 | balance for Prop Speed Application and 2 Thru hull's |
| 41473 | 1,381.74 | Systems checks. |
| 41552 | 4,003.75 | balance for UW Lights |
| 41604 | 1,987.79 | Service Pad Dec 1-6 |
| 41628 | 9,563.13 | Nov and Dec Dockage |
| 41678 | 694.97 | Post wrap towing |
| | **68,153.65** | |

| | Total Due: |
|---|---|
| | **68,153.65** |