**EXHIBIT B**

## <u>Credit Card Authorization and Work Request Form</u>

<u>I,  Gregory Allen, Allen Family Office, LLC</u> Authorize Starboard Yacht Group LLC to charge the credit card listed below for charges incurred while servicing the M/Y **"Andiamo".**  A copy of the invoice will be emailed to me at the email address listed below after the charge is settled, Starboard Yacht Group will provide me with a paid copy of the invoice as well as the credit card receipt within three (3) business days.

Credit Card:        ☐MasterCard        ☒VISA

Account Numb.

Expiration Date:

CVV Code

Credit Card Billing Name and Address:

ALLEN FAMILY OFFICE, LLC

Cardholder Signature _*Gregory Allen*_            Date: 11/02/2023

**AUTHORIZATION AMOUNT FOR WORK ESTIMATE PREPARED BY DEREK DELCORE DATED 11/1/2023 IN THE ESTIMATED AMOUNT OF 4,025.70 AND SHALL NOT EXCEED $4,300.00.**

**EMAIL PAID INVOICE TO: MYANDIAMO50@GMAIL.COM**



**850 NE 3rd St, Suite 208**
**Dania Beach, FL 33004**
**Phone: (954)376-5400**

| Estimate |
|---|
| **Due: $4,025.70** |

Doc Number: Estimate
Service Writer: Derek Delcore
Date Printed: 11/01/2023

Gregory   Allen

| Customer Information |
|---|
| Cell Phone: 201-832-1862 |
| Email: myandiamo50@gmail.com |

## Summary

| Approve | Decline | Unit | Job | Job Total |
|---|---|---|---|---|
| ☐ | ☐ | 2019 Azimut 50 | Fuel Tank Cleaning | $1,732.50 |
| ☐ | ☐ | 2019 Azimut 50 | Fuel Delivery and 1/4 tank of diesel per tank | $650.00 |
| ☐ | ☐ | 2019 Azimut 50 | Towing of Vessel to Haul Out | $1,328.57 |

| | |
|---|---|
| Job Subtotal: | $3,711.07 |
| Misc: | $54.50 |
| Job Parts Subtotal: | $650.00 |
| Job Labor Subtotal: | $1,650.00 |
| Job Sublet Subtotal: | $1,328.57 |
| Job Misc Item Subtotal: | $82.50 |
| Tax: | $260.13 |
| Total: | $4,025.70 |
| Less Deposits: | $0.00 |
| Total Due: | $4,025.70 |

Thank You For Your Business!
This estimate is only an estimate and valid for 30 Days on Major Unit Pricing.  Due to the nature of marine refits and repairs scope of work may change followed by changes to labor and costs of parts.

NO RETURNS ON ELECTRICAL PARTS!

Signature: _Gregory Allen_

Page 1 of 2        Estimate

# Detail

**Unit**   2019 Azimut 50          **Color:**              **Keyboard:**

   **VIN/HIN/Serial No:**          **Plate:**    **Odom/Hrs In:**0        **Out:**0

## Fuel Tank Cleaning

**Description:** Gain access to the fuel tanks.  Then drain and dispose of the of contaminated fuel. Next, is using cleaning solutions, they pressure wash the tanks and then drain the remaining contamination and varnish that was left in the tanks.

### Labor

| Description |
|---|
| Fuel Tank Cleaning x 2 tanks |

| | |
|---|---|
| **Labor Subtotal** | $1,650.00 |

### Sublet

| Description |
|---|

| | |
|---|---|
| **Sublet Subtotal** | $0.00 |
| **Shop Supplies** | $82.50 |
| **Job Subtotal** | $1,732.50 |
| **Approve:** ☐ | **Decline:** ☐ |

## Fuel Delivery and 1/4 tank of diesel per tank

**Description:** Vessel has 2 x 1100L fuel tanks
275L (72.6 gal) of diesel will be pumped into each tank.
Fuel prices are TBD (to be determined)

| | |
|---|---|
| **Parts Subtotal** | $650.00 |
| **Job Subtotal** | $650.00 |
| **Approve:** ☐ | **Decline:** ☐ |

## Towing of Vessel to Haul Out

**Description:**

### Sublet

| Description |
|---|
| Steel Towing - Slip to Haul Out, Haul Out to Slip |

| | |
|---|---|
| **Sublet Subtotal** | $1,328.57 |
| **Job Subtotal** | $1,328.57 |
| **Approve:** ☐ | **Decline:** ☐ |

| | |
|---|---|
| **All Jobs Subtotal:** | $3,711.07 |
| **Freight:** | $5.00 |
| **WC Fees 3%:** | $49.50 |
| **Tax:** | $260.13 |
| **Total:** | $4,025.70 |
| **Less Deposits:** | $0.00 |
| **Total Due:** | $4,025.70 |

Page 2 of 2        Estimate



**850 NE 3rd St, Suite 208**
**Dania Beach, FL 33004**
**Phone: (954)376-5400**

# Repair Order
## Due: $7,136.26

**Doc Number:** 41426
**Service Writer:** Travis Moore
**Date Printed:** 02/29/2024
**Date In:** 07/06/2023

**Phillip  Gregory**

## Customer Information
**Home Phone:** 2081441223
**Cell Phone:** 208 144 1223
**Email:** pg@tagyachting.com

## Summary

| Approve | Decline | Unit | Job | Job Total |
|---|---|---|---|---|
| ☑ | ☐ | 2019 Azimut 50 | Removal & reinstallation of props & (Propellers lapped) | $1,257.14 |
| ☑ | ☐ | 2019 Azimut 50 Fly | Vessel Information | $0.00 |
| ☑ | ☐ | 2019 Azimut 50 Fly | Volva Penta Engine Commission/Service | $0.00 |
| ☑ | ☐ | 2019 Azimut 50 Fly | Cummins Onan Generator - Commission/Service | $1,148.06 |
| ☑ | ☐ | 2019 Azimut 50 Fly | Raymarine Navigation/MFD Commissioning/Setup | $78.75 |
| ☑ | ☐ | 2019 Azimut 50 Fly | Fire Extinguishing System - Commission | $630.00 |
| ☑ | ☐ | 2019 Azimut 50 Fly | Electric (Service Yard) | $94.50 |
| ☑ | ☐ | 2019 Azimut 50 Fly | Marina Fees | $630.00 |
| ☑ | ☐ | 2019 Azimut 50 Fly | Prop Install (Diver) | $928.57 |
| ☑ | ☐ | 2019 Azimut 50 Fly | DEPOSIT DUE = $17,878.86 | $0.00 |
| ☑ | ☐ | 2019 Azimut 50 Fly | Please set -up Battery charger on vessel under the direction of Gus to make | $1,807.31 |

| | |
|---|---|
| **Job Subtotal:** | $6,574.33 |
| **Misc:** | $101.38 |
| **Job Parts Subtotal:** | $385.50 |
| **Job Labor Subtotal:** | $3,212.50 |
| **Job Sublet Subtotal:** | $2,815.71 |
| **Job Misc Item Subtotal:** | $160.62 |
| **Tax:** | $460.55 |
| **Total:** | $7,136.26 |
| **Less Deposits:** | $0.00 |
| **Total Due:** | $7,136.26 |

Thank You For Your Business.

NO RETURNS ON ELECTRICAL PARTS!

**Signature:**

# Detail

**Unit**   **2019 Azimut 50**

**Color:**   **Keyboard:**

**VIN/HIN/Serial No:**ITAZ150735H819   **Plate:**   **Odom/Hrs In:**0   **Out:**0

## Removal & reinstallation of props & (Propellers lapped)

**Description:**

### Sublet

| Description |
|---|
| Remove & Install Propellers , lapping Propellers (subcontract) |

| | |
|---|---|
| **Sublet Subtotal** | **$1,257.14** |
| **Job Subtotal** | **$1,257.14** |
| **Approve:** ☑ | **Decline:** ☐ |

**Unit**   **2019 Azimut 50 Fly**

**Color:**   **Keyboard:**

**VIN/HIN/Serial No:**   **Plate:**   **Odom/Hrs In:**0   **Out:**0

## Vessel Information

**Description:**2019 Azimut 50
HIN:  ITAZ150735H819

| | |
|---|---|
| **Job Subtotal** | **$0.00** |
| **Approve:** ☑ | **Decline:** ☐ |

## Volva Penta Engine Commission/Service

**Description:**Full service of each Volvo Penta diesel engine.
Replace oil filters, fuel filters, impeller kit, zincs, air filters, motor oil.

| | |
|---|---|
| **Parts Subtotal** | **$0.00** |
| **Job Subtotal** | **$0.00** |
| **Approve:** ☑ | **Decline:** ☐ |

## Cummins Onan Generator - Commission/Service

**Description:**Full service of 13.5kw Cummins Onan Generator.
Final parts price is TBD once generator serial number confirmed.

| | |
|---|---|
| **Parts Subtotal** | **$385.50** |

### Labor

| Description |
|---|
| Cummins Onan Gen-set Replace battery's to run bulgd pumps and to crank gen set with out starting for lubbricating unit before starting.  Please put all work preformed into LS Notes |

| | |
|---|---|
| **Labor Subtotal** | **$726.25** |
| **Shop Supplies** | **$36.31** |
| **Job Subtotal** | **$1,148.06** |
| **Approve:** ☑ | **Decline:** ☐ |

## Raymarine Navigation/MFD Commissioning/Setup

**Description:**Setup, test, and register the full suite of Raymarine systems
Navigation, AIS, auto pilot, vhf, sound system integration, LED controls, helm settings, etc.

### Labor

| Description |
|---|
| Inspect and commission Raymarine nav system |

| | |
|---|---|
| **Labor Subtotal** | **$75.00** |
| **Shop Supplies** | **$3.75** |

| | |
|---|---|
| **Job Subtotal** | **$78.75** |
| **Approve:** ☑ | **Decline:** ☐ |

## Fire Extinguishing System - Commission

**Description:**

### Sublet

| Description |
|---|
| Fire Extinguising system - commision |

| | |
|---|---|
| **Sublet Subtotal** | **$630.00** |
| **Job Subtotal** | **$630.00** |
| **Approve:** ☑ | **Decline:** ☐ |

## Electric (Service Yard)

**Description:** Electric $30/day @ 3days

### Labor

| Description |
|---|

| | |
|---|---|
| **Labor Subtotal** | **$90.00** |
| **Shop Supplies** | **$4.50** |
| **Job Subtotal** | **$94.50** |
| **Approve:** ☑ | **Decline:** ☐ |

## Marina Fees

**Description:** Marina Fees $200/day @ 3days

### Labor

| Description |
|---|

| | |
|---|---|
| **Labor Subtotal** | **$600.00** |
| **Shop Supplies** | **$30.00** |
| **Job Subtotal** | **$630.00** |
| **Approve:** ☑ | **Decline:** ☐ |

## Prop Install (Diver)

**Description:** Installation of the port and starboard propellers to the shafts.

### Sublet

| Description |
|---|
| Prop install, cotter pins and Keyway |

| | |
|---|---|
| **Sublet Subtotal** | **$928.57** |
| **Job Subtotal** | **$928.57** |
| **Approve:** ☑ | **Decline:** ☐ |

## DEPOSIT DUE = $17,878.86

**Description:** Deposit (100% parts & 50% labor).

| | |
|---|---|
| **Job Subtotal** | **$0.00** |
| **Approve:** ☑ | **Decline:** ☐ |

**Please set -up Battery charger on vessel under the direction of Gus to make sure that Bulge**

   **Description:**

     **Labor**

| Description |
|---|
| Please set -up Battery charger on vessel under the direction of Gus to make sure that Bulge pumps are working. Please take all information for Battery type and amount for change order to be made for replacements. Please put all work preformed into LS Notes |
| Please complete the installation of the 5 engine batterys to completion |
| Please complete the installation of the 5 engine batterys to completion |
| Please set-up Emargancy buldge pump on the vessel until battery issues are resolved |

|  |  |
|---|---:|
| **Labor Subtotal** | **$1,721.25** |
| **Shop Supplies** | **$86.06** |
| **Job Subtotal** | **$1,807.31** |
| **Approve:** ☑ | **Decline:** ☐ |

|  |  |
|---|---:|
| **All Jobs Subtotal:** | **$6,574.33** |
| **Freight:** | **$5.00** |
| **WC Fees 3%:** | **$96.38** |
| **Tax:** | **$460.55** |
| **Total:** | **$7,136.26** |
| **Less Deposits:** | **$0.00** |
| **Total Due:** | **$7,136.26** |



Page 4 of 4          41426



**850 NE 3rd St, Suite 208**
**Dania Beach, FL 33004**
**Phone: (954)376-5400**

# Repair Order
## Invoice

**Doc Number:** 41442
**Service Writer:** Elvis Lezama
**Date Printed:** 02/29/2024
**Date In:** 09/28/2023
**Cashier:** Elvis Lezama
**Cashier Date:** 01/01/2024

**TAG Yachting (International) Ltd**
**23rd Floor Office**
**207 Regent Street**
**London,   W1B 3HH**

### Customer Information
**Cell Phone:** +442081441223
**Email:** pg@tagyachting.com

## Summary

| Approve | Decline | Unit | Job | Job Total |
|---|---|---|---|---|
| ☑ | ☐ | 2019 Azimut 50 | Engine & House Batteries - Remove and Replace | $6,721.40 |

| | |
|---|---|
| **Job Subtotal:** | $6,721.40 |
| **Misc:** | $390.58 |
| **Job Parts Subtotal:** | $3,571.40 |
| **Job Labor Subtotal:** | $3,000.00 |
| **Job Misc Item Subtotal:** | $150.00 |
| **Tax:** | $474.32 |
| **Total:** | $7,586.30 |
| **Less Deposits:** | ($7,586.30) |
| **Total Due:** | $0.00 |

need parts dept to finish adding parts to this to cashier it.
Thank You For Your Business.

NO RETURNS ON ELECTRICAL PARTS!

**Signature:** _____

Page 1 of 2          41442

# Detail

**Unit**    **2019 Azimut 50 Fly**

**VIN/HIN/Serial No:**

**Color:**

**Plate:**

**Keyboard:**

**Odom/Hrs In:**0          **Out:**0

**Unit**    **2023 Seakeeper Seakeeper 6**

**VIN/HIN/Serial No:**

**Color:**

**Plate:**

**Keyboard:**

**Odom/Hrs In:**0          **Out:**0

**Unit**    **2019 Azimut 50**

**VIN/HIN/Serial No:**ITAZ150735H819

**Color:**

**Plate:**

**Keyboard:**

**Odom/Hrs In:**0          **Out:**0

**Engine & House Batteries - Remove and Replace**

**Description:**Remove existing dead batteries.
Replace with new functioning batteries for engine and house bank.

VR900
CALL EAST COAST BATTERIES
AND GET THE AGM DEKA BRAND EQUIVALENT TO THIS

| | **Parts Subtotal** | **$3,571.40** |

**Labor**

| **Description** |
| R&R batteries ( 9) Upon reciept of batteries |
| Assist in the replacement of the batteries |

| **Labor Subtotal** | **$3,000.00** |
| **Shop Supplies** | **$150.00** |
| **Job Subtotal** | **$6,721.40** |
| **Approve:** ☑ | **Decline:** ☐ |

**Unit**    **2023 Seakeeper Seakeeper 9**

**VIN/HIN/Serial No:**

**Color:**

**Plate:**

**Keyboard:**

**Odom/Hrs In:**0          **Out:**0

| **All Jobs Subtotal:** | **$6,721.40** |
| **Freight:** | **$300.58** |
| **WC Fees 3%:** | **$90.00** |
| **Tax:** | **$474.32** |
| **Total:** | **$7,586.30** |
| **Less Deposits:** | **($7,586.30)** |
| **Total Due:** | **$0.00** |



**850 NE 3rd St, Suite 208**
**Dania Beach, FL 33004**
**Phone: (954)376-5400**

# Repair Order
## Due: $1,381.74

**Doc Number:** 41473
**Service Writer:** Travis Moore
**Date Printed:** 01/09/2024
**Date In:** 10/10/2023

**Gregory   Allen**

### Customer Information

**Cell Phone:** 201-832-1862
**Email:** myandiamo50@gmail.com

## Summary

| Approve | Decline | Unit | Job | Job Total |
|---------|---------|------|-----|-----------|
| ☑ | ☐ | 2019 Azimut 50 | Systems Checks and Post Commissioning Reports | **$1,106.08** |
| ☑ | ☐ | 2019 Azimut 50 | Mechanical Systems Check | **$167.33** |

|  |  |
|--|--|
| **Job Subtotal:** | **$1,273.41** |
| **Misc:** | **$18.84** |
| **Job Parts Subtotal:** | **$789.10** |
| **Job Labor Subtotal:** | **$461.25** |
| **Job Misc Item Subtotal:** | **$23.06** |
| **Tax:** | **$89.49** |
| **Total:** | **$1,381.74** |
| **Less Deposits:** | **$0.00** |
| **Total Due:** | **$1,381.74** |

Thank You For Your Business.

NO RETURNS ON ELECTRICAL PARTS!

**Signature:** _____

Page 1 of 2          41473

# Detail

**Unit**     **2023 Seakeeper 6**

    **VIN/HIN/Serial No:**

| | |
|---|---|
| **Color:** | **Keyboard:** |
| **Plate:** | **Odom/Hrs In:**0     **Out:**0 |

**Unit**     **2019 Azimut 50**

    **VIN/HIN/Serial No:**ITAZ150735H819

| | |
|---|---|
| **Color:** | **Keyboard:** |
| **Plate:** | **Odom/Hrs In:**0     **Out:**0 |

---

**Systems Checks and Post Commissioning Reports**

**Description:**The systems checks and investigations that are outside the scope of commissioning.

| | |
|---|---|
| | **Parts Subtotal**    **$764.83** |

**Labor**

| Description |
|---|
| Inspect and report 2nd shore power destinated to A/C and toilet system operating voltage |

| | |
|---|---|
| **Labor Subtotal** | **$325.00** |
| **Shop Supplies** | **$16.25** |
| **Job Subtotal** | **$1,106.08** |
| **Approve:** ☑ | **Decline:** ☐ |

---

**Mechanical Systems Check**

**Description:**

| | |
|---|---|
| | **Parts Subtotal**    **$24.27** |

**Labor**

| Description |
|---|
| Inspect Hoses on Generator(s), Identify and List Which Hoses Need to Be Replaced |

| | |
|---|---|
| **Labor Subtotal** | **$136.25** |
| **Shop Supplies** | **$6.81** |
| **Job Subtotal** | **$167.33** |
| **Approve:** ☑ | **Decline:** ☐ |

| | |
|---|---|
| **All Jobs Subtotal:** | **$1,273.41** |
| **Freight:** | **$5.00** |
| **WC Fees 3%:** | **$13.84** |
| **Tax:** | **$89.49** |
| **Total:** | **$1,381.74** |
| **Less Deposits:** | **$0.00** |
| **Total Due:** | **$1,381.74** |



850 NE 3rd St, Suite 208
Dania Beach, FL 33004
Phone: (954)376-5400

| | | **Repair Order** |
|---|---|---|
| | | **Due: $1,696.71** |

**Doc Number:** 41506
**Service Writer:** Travis Moore
**Date Printed:** 01/08/2024
**Date In:** 09/20/2023

**Gregory   Allen**

| | **Customer Information** |
|---|---|
| **Cell Phone:** | 201-832-1862 |
| **Email:** | myandiamo50@gmail.com |

## Summary

| Approve | Decline | Unit | Job | Job Total |
|---|---|---|---|---|
| ☑ | ☐ | 2019 Azimut 50 | Prop Speed Application | **$2,400.00** |
| ☑ | ☐ | 2019 Azimut 50 | Thru hull installation (x2) | **$1,585.71** |

| | |
|---|---|
| **Job Subtotal:** | **$3,985.71** |
| **Job Sublet Subtotal:** | **$3,985.71** |
| **Tax:** | **$279.00** |
| **Total:** | **$4,264.71** |
| **Less Deposits:** | **($2,568.00)** |
| **Total Due:** | **$1,696.71** |

$3081.59, is this collectible?

41506
Thank You For Your Business.

NO RETURNS ON ELECTRICAL PARTS!

**Signature:**

Page 1 of 2          41506

# Detail

**Unit**     **2019 Azimut 50**                    **Color:**                    **Keyboard:**

      **VIN/HIN/Serial No:**ITAZ150735H819     **Plate:**     **Odom/Hrs In:**0     **Out:**0

**Prop Speed Application**

**Description:**Prop Speed
          -Lightly sand shafts and props
          -Clean area with Prop Speed Surface prep wipes
          -Apply Prop Speed Gold Etching Primer
          -Apply Prop Speed Clear Coating

    **Sublet**

| Description |
| --- |
| Propspeed Applciation |

        **Sublet Subtotal**     **$2,400.00**

        **Job Subtotal**     **$2,400.00**

        **Approve:** ☑     **Decline:** ☐

**Thru hull installation (x2)**

    **Description:**

    **Sublet**

| Description |
| --- |
| Install thru hull 1.5" x 2 |

        **Sublet Subtotal**     **$1,585.71**

        **Job Subtotal**     **$1,585.71**

        **Approve:** ☑     **Decline:** ☐

| | |
| --- | --- |
| **All Jobs Subtotal:** | **$3,985.71** |
| **Tax:** | **$279.00** |
| **Total:** | **$4,264.71** |
| **Less Deposits:** | **($2,568.00)** |
| **Total Due:** | **$1,696.71** |



**850 NE 3rd St, Suite 208**
**Dania Beach, FL 33004**
**Phone: (954)376-5400**

# Repair Order
## Due: $4,003.75

**Doc Number:** 41552
**Service Writer:** Travis Moore
**Date Printed:** 12/13/2023
**Date In:** 11/03/2023

**Gregory   Allen**

### Customer Information
**Cell Phone:** 201-832-1862
**Email:** myandiamo50@gmail.com

## Summary

| Approve | Decline | Unit | Job | Job Total |
|---|---|---|---|---|
| ☑ | ☐ | 2019 Azimut 50 | Vessel Information | $0.00 |
| ☑ | ☐ | 2019 Azimut 50 | Underwater Lights (6x Lumitec SeaBlaze X2 Underwater LED) | $7,484.49 |
| ☑ | ☐ | 2019 Azimut 50 | Additional parts needed for installation | $149.65 |
| ☑ | ☐ | 2019 Azimut 50 | | $0.00 |

| | |
|---|---|
| **Job Subtotal:** | $7,634.14 |
| **Job Parts Subtotal:** | $4,634.14 |
| **Job Sublet Subtotal:** | $3,000.00 |
| **Tax:** | $509.55 |
| **Total:** | $8,143.69 |
| **Less Deposits:** | ($4,139.94) |
| **Total Due:** | $4,003.75 |

Thank You For Your Business.

NO RETURNS ON ELECTRICAL PARTS!

**Signature:**_____

Page 1 of 3          41552

# Detail

**Unit**    **2019 Azimut 50**                    **Color:**                    **Keyboard:**

**VIN/HIN/Serial No:**                    **Plate:**                    **Odom/Hrs In:**0            **Out:**0

---

**Vessel Information**

**Description:** Azimut 50
M/Y Andiamo
HIN: ITAZ150735H819

| | |
|---|---|
| **Job Subtotal** | **$0.00** |
| **Approve:** ☑ | **Decline:** ☐ |

---

**Underwater Lights (6x Lumitec SeaBlaze X2 Underwater LED)**

**Description:** INSTALL LUMITEC SEA BLAZE X2 UNDERWATER LIGHTS, CONTROL MODULES, RUN WIRES AND CABLES, SETTINGS,AFTER SHIP CHECK WILL BE ADDED MISCELLANEOUS PARST. PERFORM A SHIP CHECK TO DETERMINE SPACE AVAILABILITY FOR 6 UNDERWATER LIGHTS, LUMISHORE CONTROL DISPLAY, WIRE RUN, MAIN DC BREAKER AVAILABILITY, AFTER THIS ASSESMENT PRICES WILL BE ADJUSTED.

| | |
|---|---|
| **Parts Subtotal** | **$4,484.49** |

**Sublet**

| Description |
|---|
| Underwater Lights (6x Lumitec SeaBlazeX2 Underwater LED) |

| | |
|---|---|
| **Sublet Subtotal** | **$3,000.00** |
| **Job Subtotal** | **$7,484.49** |
| **Approve:** ☑ | **Decline:** ☐ |

---

**Additional parts needed for installation**

**Description:**

| | |
|---|---|
| **Parts Subtotal** | **$149.65** |

**Labor**

| Description |
|---|

| | |
|---|---|
| **Labor Subtotal** | **$0.00** |
| **Job Subtotal** | **$149.65** |
| **Approve:** ☑ | **Decline:** ☐ |

---

**Description:**

**Labor**

| Description |
|---|
| Task 2: Connect all underwater lights to fuse block, Dress and secure all cables properly. Connect Main DC cable power feed to fuse block. Install fuse to fuse block. Verify circuit for correct polarity and test and verify for proper function. |
| Task 2: Connect all underwater lights to fuse block, Dress and secure all cables properly. Connect Main DC cable power feed to fuse block. Install fuse to fuse block. Verify circuit for correct polarity and test and verify for proper function. |

| | |
|---|---|
| **Labor Subtotal** | **$0.00** |
| **Job Subtotal** | **$0.00** |
| **Approve:** ☑ | **Decline:** ☐ |

---

| | |
|---|---|
| **All Jobs Subtotal:** | **$7,634.14** |
| **Tax:** | **$509.55** |

|  |  |
|---|---|
| **Total:** | **$8,143.69** |
| **Less Deposits:** | **($4,139.94)** |
| **Total Due:** | **$4,003.75** |





**850 NE 3rd St, Suite 208**
**Dania Beach, FL 33004**
**Phone: (954)376-5400**

<table>
<tr><td></td><td colspan="2" align="right"></td></tr>
</table>

| | |
|---|---|
| **Repair Order** | |
| **Due: $41,689.30** | |

**Doc Number:** 41562
**Service Writer:** Travis Moore
**Date Printed:** 01/11/2024
**Date In:** 07/06/2023

**Phillip  Gregory**

### Customer Information

**Home Phone:** 2081441223
**Cell Phone:** 208 144 1223
**Email:** pg@tagyachting.com

## Summary

| Approve | Decline | Unit | Job | Job Total |
|---|---|---|---|---|
| ☑ | ☐ | 2019 Azimut 50 Fly | Flybridge Component Assembly | **$19,566.71** |
| ☑ | ☐ | 2019 Azimut 50 Fly | Full Cleaning & Detail | **$4,512.25** |
| ☑ | ☐ | 2019 Azimut 50 Fly | Anti-Fouling Application | **$20,634.24** |
| ☑ | ☐ | 2019 Azimut 50 Fly | Electrical Survey | **$579.97** |
| ☑ | ☐ | 2019 Azimut 50 Fly | Electric (service Yard) | **$3,150.00** |
| ☑ | ☐ | 2019 Azimut 50 Fly | Haul Block & Launch | **$1,400.00** |
| ☑ | ☐ | 2019 Azimut 50 Fly | Service Pad | **$1,050.00** |
| ☑ | ☐ | 2019 Azimut 50 Fly | In-water Storage (Dockage) | **$4,987.50** |

| | |
|---|---|
| **Job Subtotal:** | **$55,880.67** |
| **Misc:** | **$114.60** |
| **Job Parts Subtotal:** | **$11,922.93** |
| **Job Labor Subtotal:** | **$21,320.00** |
| **Job Sublet Subtotal:** | **$21,669.24** |
| **Job Misc Item Subtotal:** | **$968.50** |
| **Tax:** | **$3,572.89** |
| **Total:** | **$59,568.16** |
| **Less Deposits:** | **($17,878.86)** |
| **Total Due:** | **$41,689.30** |

Thank You For Your Business.

NO RETURNS ON ELECTRICAL PARTS!

**Signature:**_____

# Detail

**Unit**    **2019 Azimut 50 Fly**      **Color:**      **Keyboard:**

     **VIN/HIN/Serial No:**      **Plate:**    **Odom/Hrs In:**0    **Out:**0

---

## Flybridge Component Assembly

**Description:** Flybridge Component Assembly
Reassemble and test all systems spec'd out for the flybridge (Radar arch assembly with cable, full helm station, hardtop, wet bar with components, etc.)

| | |
|---|---:|
| **Parts Subtotal** | **$1,916.71** |

### Labor

**Description**

Please remove the two snaped bolts from the base of the fly Bridge plat form on the Starboard side.

Reassemble and test all systems spec'd out for the flybridge (Radar arch assembly with cable, full helm station, hardtop, wet bar with components, etc.)
Please retape base for fly bridge Stansion side lights to be assembeled with 5200 and new M8x1.25 bolts once set in place add top cross member with exsiting bolts. Run all cabling through side lights as needed. Attach rador post with existing bolts.
Please prep base areas for the installation of the fly bridge.
Please retape base for fly bridge Stansion side lights to be assembeled with 5200 and new M8x1.25 bolts once set in place add top cross member with exsiting bolts. Run all cabling through side lights as needed. Attach rador post with existing bolts.
Please reassembal fly bridge helm
Please repair the foundation of Arch mounting plates.
Please retape base for fly bridge Stansion side lights to be assembeled with 5200 and new M8x1.25 bolts once set in place add top cross member with exsiting bolts. Run all cabling through side lights as needed. Attach rador post with existing bolts.
Please reassembal fly bridge helm Please retape base for fly bridge Stansion side lights to be assembeled with 5200 and new M8x1.25 bolts once set in place add top cross member with exsiting bolts. Run all cabling through side lights as needed. Attach rador post with existing bolts.

Please repair the foundation of Arch mounting plates.
Please clean up fiberglass repair open all covered holes and remove all silicon
Please put protection going onto the vessel and leading up to the fly bridge area were ever work is going to be preformed.
Please clean up fiberglass repair open all covered holes and remove all silicon
Please run the lowel with the boom for the installation of the sky bridge cross member installation

Please complete the protection on the vessel.
Please install the cross over top of the fly bridge and all of the railings and start with running of the cables.

Please install the cross over top of the fly bridge and all of the railings and start with running of the cables.

Please work on the completion of any open items left for the reassembly of the sky bridge to include testing of all of the instruments and equipment to include the installation of the radar tower and the radar dome
Please work on the completion of any open items left for the reassembly of the sky bridge to include testing of all of the instruments and equipment to include installation of the radar tower and the radar dome installed
Please QC electrical work that is being done for the fly Bridge installation /Commitioning
Please work on the completion of any open items left for the reassembly of the sky bridge to include testing of all of the instruments and equipment to include installation of the radar tower and the radar dome installed
Asist with work on the completion of any open items left for the reassembly of the sky bridge to include testing of all of the instruments and equipment
Clean with de-bond and plastic razer blade and lay out wind screen and all parts before applying any adhisive then install all base parts with 4000 making sure all screw hole are filled when putting screws in. Install wind screen with adhisive for windshild.secure and apply white caulking at the shore receptacle cabinet ( STBD side Aft), this cabinet was opened during inspection period. Also recork all areas needed on the fly bridge as needed.
Clean with de-bond and plastic razer blade and lay out wind screen and all parts before applying any adhisive then install all base parts with 4000 making sure all screw hole are filled when putting screws in. Install wind screen with adhisive for windshild.secure and apply white caulking at the shore receptacle cabinet ( STBD side Aft), this cabinet was opened during inspection period. Also recork all areas needed on the fly bridge as needed.
Apply white caulking at the shore receptacle cabinet ( STBD side Aft), this cabinet was opened during inspection period. Also recork all areas needed on the fly bridge as needed makeing sure it is all neatly done with clean finsh. Also reinstall new bed slat in crews courters.

| | |
|---|---:|
| **Labor Subtotal** | **$17,250.00** |
| **Shop Supplies** | **$400.00** |

Page 2 of 4      41562

| | |
|---|---|
| **Job Subtotal** | **$19,566.71** |
| **Approve:** ☑ | **Decline:** ☐ |

## Full Cleaning & Detail

**Description:** Preliminary estimate, final to be determined (TBD) upon vessel inspection.
A full cleaning and detail of vessel.

| | |
|---|---|
| **Parts Subtotal** | **$763.75** |

### Labor

| Description |
|---|
| PLease have 2 detailing specialist for 3 days of cleaning plus detail work. and install protection after taking pictures of every area on the vessel. Please put all work preformed into LS Notes |
| |
| Please work on detailing and cleaning of all of the areas on the vessel that was being coverd by equipment that was removed and more on the interier as well. |
| Please take pitures of every area on the vessel and give vessel a good cleaning before protection is install on vessel. |
| Please take pitures of every area on the vessel and give vessel a good cleaning before protection is install on vessel. Please put all work preformed into LS Notes |
| Please take pitures of every area on the vessel and give vessel a good cleaning before protection is install on vessel. |
| Please work on detailing and cleaning of all interior areas |
| Please work on detailing and cleaning of all interior areas |

| | |
|---|---|
| **Labor Subtotal** | **$3,570.00** |
| **Shop Supplies** | **$178.50** |
| **Job Subtotal** | **$4,512.25** |
| **Approve:** ☑ | **Decline:** ☐ |

## Anti-Fouling Application

**Description:** Bottom Paint/Job
Remove Barnacles
- Pressure Wash bottom
- Acid wash running gear/props/ trim tabs/and scoops
- Acid wash the boot stripe with On/Off
- Sand bottom paint to prep for new coating
- Apply 1 coat of black Sea Hawk Biocop TF to entire bottom of boat (below the waterline)
- Apply second coat on the sides, keel and rudders

### Sublet

| Description |
|---|
| Marina Fees |
| Haul Block & Launch |
| Enviromental Compliance Charge 2.5% - Ships Liability Ins. 2.25% |
| Bottom Special -Pressure wash bottom -Block -Lay out true waterline |
| Sand to remove all antifouling from vessel, to ensure bond with new |

| | |
|---|---|
| **Sublet Subtotal** | **$20,269.24** |
| **Shop Supplies** | **$365.00** |
| **Job Subtotal** | **$20,634.24** |
| **Approve:** ☑ | **Decline:** ☐ |

## Electrical Survey

**Description:** Perform a ship check on board, inspect all shore power system and any source of power on board, inspect wiring, batteries and receptacles.

| | |
|---|---|
| **Parts Subtotal** | **$54.97** |

### Labor

| Description |
|---|
| Electrical Survey |
| Prepare Electrical report requested by Travis |

| | |
|---|---|
| **Labor Subtotal** | **$500.00** |
| **Shop Supplies** | **$25.00** |
| **Job Subtotal** | **$579.97** |
| **Approve:** ☑ | **Decline:** ☐ |

**Electric (service Yard)**

Description:

| | |
|---|---|
| Parts Subtotal | $3,150.00 |
| Job Subtotal | $3,150.00 |
| Approve: ☑ | Decline: ☐ |

**Haul Block & Launch**

Description:

**Sublet**

| Description |
|---|
| H,B,L |

| | |
|---|---|
| Sublet Subtotal | $1,400.00 |
| Job Subtotal | $1,400.00 |
| Approve: ☑ | Decline: ☐ |

**Service Pad**

Description: 11/7-11/15

| | |
|---|---|
| Parts Subtotal | $1,050.00 |
| Job Subtotal | $1,050.00 |
| Approve: ☑ | Decline: ☐ |

**In-water Storage (Dockage)**

Description: $4.75 /ft/day
Oct 10th thru 31st.

| | |
|---|---|
| Parts Subtotal | $4,987.50 |
| Job Subtotal | $4,987.50 |
| Approve: ☑ | Decline: ☐ |

| | |
|---|---|
| All Jobs Subtotal: | $55,880.67 |
| WC Fees 3%: | $639.60 |
| Discount: | ($525.00) |
| Tax: | $3,572.89 |
| Total: | $59,568.16 |
| Less Deposits: | ($17,878.86) |
| Total Due: | $41,689.30 |



**850 NE 3rd St, Suite 208**
**Dania Beach, FL 33004**
**Phone: (954)376-5400**

| **Repair Order** |
| :---: |
| **Due: $1,987.79** |

**Doc Number:** 41604
**Service Writer:** Elvis Lezama
**Date Printed:** 12/15/2023
**Date In:** 12/05/2023

**Gregory   Allen**

| **Customer Information** |
| :---: |

**Cell Phone:** 201-832-1862
**Email:** myandiamo50@gmail.com

## Summary

| Approve | Decline | Unit | Job | Job Total |
|---|---|---|---|---|
| ☑ | ☐ | 2019 Azimut 50 | Service Pad | **$1,857.75** |

| | |
|---|---|
| **Job Subtotal:** | **$1,857.75** |
| **Job Sublet Subtotal:** | **$1,857.75** |
| **Tax:** | **$130.04** |
| **Total:** | **$1,987.79** |
| **Less Deposits:** | **$0.00** |
| **Total Due:** | **$1,987.79** |

Thank You For Your Business.

NO RETURNS ON ELECTRICAL PARTS!

**Signature:**_____

Page 1 of 2          41604

# Detail

**Unit**   **2019 Azimut 50**

**VIN/HIN/Serial No:** ITAZ150735H819

**Color:**

**Plate:**

**Keyboard:**

**Odom/Hrs In:** 0   **Out:** 0

**Service Pad**

**Description:**

**Sublet**

| Description |
| --- |
| Service pad dec 1 - dec 6 south end of yard |

**Sublet Subtotal**   $1,857.75

**Job Subtotal**   $1,857.75

**Approve:** ☑   **Decline:** ☐

**Unit**   **2023 Seakeeper 6**

**VIN/HIN/Serial No:**

**Color:**

**Plate:**

**Keyboard:**

**Odom/Hrs In:** 0   **Out:** 0

| | |
| --- | --- |
| **All Jobs Subtotal:** | $1,857.75 |
| **Tax:** | $130.04 |
| **Total:** | $1,987.79 |
| **Less Deposits:** | $0.00 |
| **Total Due:** | $1,987.79 |





**850 NE 3rd St, Suite 208**
**Dania Beach, FL 33004**
**Phone: (954)376-5400**

| Repair Order |
| :---: |
| **Due: $9,563.13** |

**Doc Number:** 41628
**Service Writer:** Elvis Lezama
**Date Printed:** 12/15/2023
**Date In:** 12/12/2023

**Gregory   Allen**

| Customer Information |
| :---: |
| **Cell Phone:** 201-832-1862 |
| **Email:** myandiamo50@gmail.com |

## Summary

| Approve | Decline | Unit | Job | Job Total |
|---|---|---|---|---|
| ☑ | ☐ | 2019 Azimut 50 | November Monthly Dockage | **$4,287.50** |
| ☑ | ☐ | 2019 Azimut 50 | December Monthly Dockage | **$4,650.00** |

| | |
|---|---|
| **Job Subtotal:** | **$8,937.50** |
| **Job Parts Subtotal:** | **$12,962.50** |
| **Tax:** | **$625.63** |
| **Total:** | **$9,563.13** |
| **Less Deposits:** | **$0.00** |
| **Total Due:** | **$9,563.13** |

4025$ discount for both months of dockage combined
Normal price 4.25 but only charging 3$ a ft
Thank You For Your Business.

NO RETURNS ON ELECTRICAL PARTS!

**Signature:**_____

# Detail

**Unit**    **2019 Azimut 50**

| | | |
|---|---|---|
| | **Color:** | **Keyboard:** |
| **VIN/HIN/Serial No:**ITAZ150735H819 | **Plate:** | **Odom/Hrs In:**0    **Out:**0 |

---

### November Monthly Dockage

**Description:**November 1st-November 30th

| | |
|---|---|
| **Parts Subtotal** | **$6,375.00** |
| **Discount** | **($2,087.50)** |
| **Job Subtotal** | **$4,287.50** |
| **Approve:** ☑ | **Decline:** ☐ |

---

### December Monthly Dockage

**Description:**Dec 1st - Dec 31st

| | |
|---|---|
| **Parts Subtotal** | **$6,587.50** |
| **Discount** | **($1,937.50)** |
| **Job Subtotal** | **$4,650.00** |
| **Approve:** ☑ | **Decline:** ☐ |

| | |
|---|---|
| **All Jobs Subtotal:** | **$8,937.50** |
| **Tax:** | **$625.63** |
| **Total:** | **$9,563.13** |
| **Less Deposits:** | **$0.00** |
| **Total Due:** | **$9,563.13** |





**850 NE 3rd St, Suite 208**
**Dania Beach, FL 33004**
**Phone: (954)376-5400**

# Repair Order
## Due: $694.97

**Doc Number:** 41678
**Service Writer:** Elvis Lezama
**Date Printed:** 01/09/2024
**Date In:** 12/05/2023

**Gregory   Allen**

### Customer Information
**Cell Phone:** 201-832-1862
**Email:** myandiamo50@gmail.com

## Summary

| Approve | Decline | Unit | Job | Job Total |
|---|---|---|---|---|
| ☑ | ☐ | 2019 Azimut 50 | Tow from Haulout to Slip F10 after boat wrap application. | **$649.50** |

| | |
|---|---|
| **Job Subtotal:** | **$649.50** |
| **Job Sublet Subtotal:** | **$649.50** |
| **Tax:** | **$45.47** |
| **Total:** | **$694.97** |
| **Less Deposits:** | **$0.00** |
| **Total Due:** | **$694.97** |

Thank You For Your Business.

NO RETURNS ON ELECTRICAL PARTS!

**Signature:**_____

Page 1 of 2        41678

# Detail

**Unit**     **2019 Azimut 50**                                   **Color:**                        **Keyboard:**

**VIN/HIN/Serial No:**ITAZ150735H819          **Plate:**          **Odom/Hrs In:**0          **Out:**0

**Tow from Haulout to Slip F10 after boat wrap application.**

**Description:**12/07/2023 - Tow from Haulout to Slip F10 after boat wrap application.

### Sublet

| Description |
| --- |
| 12/07/2023 - Tow from Haulout to Slip F10 after boat wrap |

**Sublet Subtotal**                       **$649.50**

**Job Subtotal**                       **$649.50**

**Approve:** ☑          **Decline:** ☐

| | |
| --- | --- |
| **All Jobs Subtotal:** | **$649.50** |
| **Tax:** | **$45.47** |
| **Total:** | **$694.97** |
| **Less Deposits:** | **$0.00** |
| **Total Due:** | **$694.97** |

