UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

"IN ADMIRALTY"

STARBOARD YACHT GROUP, LLC,

    Plaintiff,

v.

M/V ANDIAMO, a 2019 Azimut 50 Flybridge Motor Vessel, its engines, tackle, boats, gear, machinery, appurtenances, etc. *in rem*,

    Defendant.

Case No. 0:24-CV-60352-RS

## PROPOSED SCHEDULING ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **July 15, 2025 at 9:00 a.m.** in Courtroom 207A, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on Tuesday, July 8, 2025**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motion to amend the pleadings by | **05/31/2025** |
| 2. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **05/31/2025** |
| 3. | Defendants shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **11/01/2034** |
| 4. | Exchange rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **12/01/2024** |

5.   Written lists containing the names and addresses of all fact witnesses intended to be called at trial by · · · · · · · · · · · · · · · · · · · · · · · · · · · **01/24/2025**

6.   Fact discovery shall be completed by · · · · · · · · · · · · · · · · · · · · · · · · · · · **01/31/2025**

7.   Expert discovery shall be completed by · · · · · · · · · · · · · · · · · · · · · · · · · · · **02/28/2025**

8.   Mediation shall be completed by · · · · · · · · · · · · · · · · · · · · · · · · · · · **02/28/2025**

9.   Dispositive motions, including summary judgment and *Daubert*, shall be filed by · · · · · · · · · · · · · · · · · · · · · · · · · · · **03/13/2025**

10.   Deposition designations and counter designations shall be filed by · · · · · · · · · · · · · · · · · · · · · · · · · · · **05/13/2025**

11.   All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by · · · · · · · · · · · · · · · · · · · · · · · · · · · **06/13/2025**

12.   Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by · · · · · · · · · · · · · · · · · · · · · · · · · · · **06/13/2025**

## <u>REFERRAL TO MAGISTRATE JUDGE</u>

Pursuant to 28 U.S.C. 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida, all pre-trial discovery motions REFERRED to the Magistrate Judge for appropriate resolution.

**DONE AND ORDERED** in Fort Lauderdale, Florida this ___ day of _____, 2024.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record