**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60352-CIV-SMITH**

STARBOARD YACHT GROUP, LLC,

      Plaintiff,

v.

M/V ANDIAMO, a 2029 Azimut 50
Flybridge Motor Vessel, its engines,
tackle, boats, gear, machinery,
appurtenances, etc. *in rem*,

      Defendant.

_____/

## ORDER SETTING CIVIL TRIAL DATE, PRETRIAL DEADLINES, AND REFERRAL TO MAGISTRATE JUDGE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **June 2, 2025, at 9:00 a.m.** in Courtroom 207A, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.  If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved.  The **Calendar Call** will be held at **9:00 a.m. on May 27, 2025,** in Courtroom 207A, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.  The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motion to amend the pleadings by       **May 31, 2024**

2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by       **May 31, 2024**

3. Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by       **September 13, 2024**

4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by       **October 4, 2024**

5.  Exchange of rebuttal expert witness summaries and reports as
    required by Fed. R. Civ. P. 26(a)(2) by                                    **October 25, 2024**

6.  Written lists containing the names and addresses of all fact
    witnesses, including rebuttal witnesses, intended to be called at trial
    by                                                                          **October 25, 2024**

7.  Fact discovery shall be completed by                                        **November 28, 2024**

8.  Expert discovery shall be completed by[1]                                   **November 28, 2024**

9.  Mediation shall be completed by                                             **December 6, 2024**

10. Dispositive motions, including summary judgment and *Daubert*,
    shall be filed by                                                           **December 20, 2024**

11. Deposition designations and counter designations shall be filed by          **February 28, 2025**

    The parties shall meet and confer prior to submitting the deposition
    designations and counter-designations in a good faith effort to resolve
    objections.  Failure to comply with the deadline and the meet and
    confer may result in objections being stricken or other appropriate
    sanctions.

12. All pretrial motions and memoranda of law, including motions *in
    limine* and trial briefs, shall be filed by                                 **April 28, 2025**

    Prior to filing any motions *in limine*, the parties shall meet and confer
    in a good faith effort to resolve any issues.  If a party has multiple
    motions *in limine*, they shall be filed as a single omnibus motion.  All
    motions *in limine* and the responses shall be limited to one page per
    issue.  No replies shall be permitted.

13. Joint pretrial stipulation, proposed joint jury instructions, proposed
    joint verdict form, and/or proposed findings of fact and conclusions
    of law shall be filed by                                                    **April 28, 2025**

    When the parties cannot agree on specific jury instructions, the
    submitted instructions shall clearly indicate which party has proposed
    the specific instruction.

---

[1] The parties by agreement, and/or the Magistrate Judge assigned in this case, may extend the fact
and expert discovery deadlines, so long as such extension does not impact any of the other
deadlines contained in this Scheduling Order.

## REFERRAL TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida, all motions for attorney's fees, costs, and sanctions, plus all non-dispositive pretrial motions (PTN) are **REFERRED t**o Magistrate Judge Augustin-Birch for appropriate resolution.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of May, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record