**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60352-CIV-SMITH**

STARBOARD YACHT GROUP, LLC,

       Plaintiff,

vs.

M/V ANDIAMO, a 2029 Azimut 50
Flybridge Motor Vessel, its engines,
tackle, boats, gear, machinery,
appurtenances, etc. *in rem*,

       Defendant.

_____/

**ORDER TO SHOW CAUSE**

This cause is before the Court *sua sponte*.  On May 14, 2024, the Court issued its Order of Referral to Mediation [DE 24], requiring the parties to file a Notice of Scheduling Mediation by May 31, 2024.  A review of the record indicates that the parties have failed to file their Notice of Scheduling Mediation.  Accordingly, it is

**ORDERED** that, on or before **June 7, 2024,** the parties shall show cause why they should not be sanctioned for failing to comply with a Court order or shall file a Notice of Scheduling Mediation.  Failure to timely respond to this Order may result in dismissal of this case without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of June, 2024.

_____

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record