"IN ADMIRALTY"

STARBOARD YACHT GROUP, LLC,

     Plaintiff,

v.

M/V ANDIAMO, a 2019 Azimut 50 Flybridge Motor Vessel, its engines, tackle, boats, gear, machinery, appurtenances, etc. *in rem*,

     Defendant.

Case No. 0:24-CV-60352-RS

## <u>NOTICE OF SCHEDULING MEDIATION</u>

Defendant, Allen Family Office, LLC, by and through the undersigned counsel, hereby gives notice that the Parties conferred on June 5, 2024, and selected Thomas D. Lardin, Esq. of Salmon & Dulberg Dispute Resolution, 1395 Brickell Ave, Suite 800, Miami, Florida 33131, to be the mediator in this case. The mediation conference will take place on September 16, 2024, at 10:00 AM.

Dated: June 7, 2024

Respectfully submitted,

FIORILLI LAW GROUP, P.A.
*Attorneys for Defendants*
3001 West State Road 84, Third Floor
Fort Lauderdale, Florida 33312
Office: (954) 797-7719
Direct: (561) 727-9337
E-mail: justin@fiorillilaw.com
E-mail: isaiah@fiorillilaw.com

*/s/ Justin S. Fiorilli*
**JUSTIN S. FIORILLI, ESQ.**
FL Bar No. 111481

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all counsel of record on the Service List on this 7th day of June, 2024.

                      Respectfully submitted,

                      */s/ Justin S. Fiorilli*

                      **JUSTIN S. FIORILLI, ESQ.**
                      FL Bar No. 111481

**SERVICE LIST**

**MATTHEW J. VALCOURT, ESQ.**
FL Ba No. 0088791
**VALCOURT AND ASSOCIATES, LLC**
Attorneys for Plaintiff, Starboard Yacht Group, LLC
850 N.E. Third Street, Suite 208
Dania Beach, Florida 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
E-mail: mvalcourt@valcourtlaw.com