IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION
IN ADMIRALTY

STARBOARD YACHT GROUP LLC        CASE NO:     0:24-cv-60352-RS
A Florida Limited Liability Company,

Plaintiff,

vs.

M/V ANDIAMO, a 2019 Azimut, 50 Flybridge
Model Vessel, its engines, tackle, boats, gear,
machinery, appurtenances, including one Seakeeper
6 Stabilization unit, etc., *in rem,*

      Defendant.

_____/

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiffs, by and through their undersigned attorneys, and pursuant to the

Court's order to show cause (DE 27) the Plaintiff responds as follows:

1. The parties have selected Certified Mediator Tom Lardin as Mediator in this cause.

2. The parties have set mediation before Certified Mediator Tom Lardin for September 16,

2024, at 10:00 am. A notice will be filed shortly.

Respectfully submitted this June 7, 2024.

1

*s/Matthew J. Valcourt*
Matthew J. Valcourt
Fla. Bar No. 0088791
VALCOURT AND ASSOCIATES LLC
850 NE Third Street Ste 208
Dania FL 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
Email: mvalcourt@valcourtlaw.com
Attorneys for Plaintiff/CounterDefendant
Starboard Yacht Group LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Matthew J. Valcourt*
Matthew J. Valcourt

2