UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

STARBOARD YACHT GROUP,
LLC,

       Plaintiff(s),

                                             CASE NO: 0:24-CV-60352-RS

vs.

M/V Andiamo,

       Defendant(s),

_____/

**REPORT OF MEDIATOR**

       The undersigned, Thomas D. Lardin, Esq., Mediator from Salmon & Dulberg Dispute Resolution, hereby reports to this Honorable Court that a mediation conference in this cause was held on: September 16, 2024 The results of the Mediation Conference are as follows:

☐    An agreement was reached.

☐    A **confidential** settlement agreement was reached.

☒    No agreement was reached.

☐    The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

☐    The parties have agreed to continue negotiating with the assistance of the mediator.

☐    If no further Report of Mediator is filed on or before _____, the Court shall presume that no agreement has been reached.

☐    Other:_____.

Respectfully Submitted:

*/s/ Thomas D. Lardin*
Thomas D. Lardin, Esq.
Florida Bar Number: 230146
tlardin@lardinlaw.com

Managing Partner: John W. Salmon, Esq.
Florida Bar Number: 271756
John@sd-adr.com, service2@sd-adr.com
Salmon & Dulberg Dispute Resolution
1395 Brickell Avenue, Suite 800,
Miami, Florida 33131
Telephone: (305) 371-5490

Copies furnished to: All Counsel of Record