IN ADMIRALTY

STARBOARD YACHT GROUP, LLC,

      Plaintiff,

v.

M/V ANDIAMO, a 2019 Azimut 50 Flybridge Motor Vessel, its engines, tackle, boats, gear, machinery, appurtenances, etc. *in rem*,

      Defendant.

Case No. 0:24-CV-60352-RS

## *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERTS

Defendant, Allen Family Office, LLC, by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, hereby files this *Unopposed* Motion for Extension of Time to Comply with the Deadline for Expert Witness Disclosures, and as grounds in support thereof, states the following:

1. On May 1, 2024, Plaintiff filed this lawsuit to foreclose an alleged maritime lien for necessaries on the Defendant Vessel. [D.E. 1].

2. On April 24, 2024, Defendant appeared on behalf of the Defendant Vessel and filed an Answer, Affirmative Defenses, and Counterclaim against Plaintiff for breach of contract and breach of warranty. In addition, Defendant seeks a declaratory judgment discharging the alleged maritime lien on the Defendant Vessel. [D.E. 22].

3. On May 14, 2024, the Court entered an order setting deadlines, including a deadline for Defendant to disclose expert witnesses by October 3, 2024. [D.E. 23].

4. Defendant diligently litigated this case, but additional time is needed to disclose expert witnesses.

5. Defendant seeks an additional thirty (30) days to disclose expert witnesses.

6. The additional time is necessary to review and analyze the documents recently produced by Plaintiff in this case and meet with his expert regarding same.

7. The additional time will not affect the other deadlines in this case

8. The additional time will not affect the trial date in this case.

9. The additional time will not prejudice any parties in this case.

10. Prior to filing this motion, the undersigned counsel conferred with counsel for the non-movant who advised that he does not oppose the thirty (30) day extension requested herein.

**WHEREFORE,** Defendant, Allen Family Office, LLC, respectfully requests a thirty (30) day extension of the deadline to disclose expert witnesses, and such other and further relief that the Court deems just and proper.

Dated: October 3, 2024

Respectfully submitted,

FIORILLI LAW GROUP, P.A.
*Attorneys for Defendants*
3001 West State Road 84, Third Floor
Fort Lauderdale, Florida 33312
Office: (954) 797-7719
Direct: (561) 727-9337
E-mail: justin@fiorillilaw.com
E-mail: isaiah@fiorillilaw.com

*/s/ Justin S. Fiorilli*

**JUSTIN S. FIORILLI, ESQ.**
Florida Bar No. 111481

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all

counsel of record on the Service List on this 3rd day of October 2024.

Respectfully submitted,

*/s/ Justin S. Fiorilli*
**JUSTIN S. FIORILLI, ESQ.**
Florida Bar No. 111481


## SERVICE LIST

**MATTHEW J. VALCOURT, ESQ.**
Florida Bar No. 0088791
**VALCOURT AND ASSOCIATES, LLC**
*Attorneys for Plaintiff*
850 N.E. Third Street, Suite 208
Dania Beach, Florida 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
E-mail: mvalcourt@valcourtlaw.com