UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

"IN ADMIRALTY"

STARBOARD YACHT GROUP, LLC,

     Plaintiff,

v.

M/V ANDIAMO, a 2019 Azimut 50 Flybridge Motor Vessel, its engines, tackle, boats, gear, machinery, appurtenances, etc. *in rem*,

     Defendant.

Case No. 0:24-CV-60352-RS

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

     Plaintiff, STARBOARD YACHT GROUP, LLC, and Defendant, ALLEN FAMILY OFFICE LLC, on behalf of itself, and as owner of the Defendant Vessel, M/V ANDIAMO, by and through their undersigned counsel, hereby file this Joint Stipulation for Voluntary Dismissal with Prejudice of the above-styled action. The Parties request that the Court dismiss with prejudice all claims and counterclaims, and close this action with each party paying their respective costs and attorneys' fees.

     Filed on this 17th day of October, 2024.

**FIORILLI LAW GROUP, P.A.**
*Attorneys for Defendant Vessel*
3001 West State Road 84, Third Floor
Fort Lauderdale, Florida 33312
Office: (954) 797-7719
Direct: (561) 727-9337
E-mail: justin@fiorillilaw.com
E-mail: service@fiorillilaw.com


*/s/ Justin S. Fiorilli, Esq.*
**JUSTIN S. FIORILLI, ESQ.**
Florida Bar No. 111481

**VALCOURT AND ASSOCIATES, LLC**
*Attorneys for Plaintiff*
850 N.E. Third Street, Suite 208
Dania Beach, Florida 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
E-mail: mvalcourt@valcourtlaw.com


*/s/ Matthew J. Valcourt*
**MATTHEW J. VALCOURT, ESQ.**
Florida Bar No. 88791

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the

Clerk of Court for the U.S. District Court for the Southern District of Florida by CM/ECF and

served on all counsel of record in the Service List on this 17th day of October, 2024.

Respectfully submitted,

*/s/ Justin S. Fiorilli*

**JUSTIN S. FIORILLI, ESQ.**
Florida Bar No. 111481

<u>**SERVICE LIST**</u>

**MATTHEW J. VALCOURT, ESQ.**
Florida Bar No. 88791
VALCOURT AND ASSOCIATES, LLC
*Attorneys for Plaintiffi*
850 N.E. Third Street, Suite 208
Dania Beach, Florida 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
E-mail: mvalcourt@valcourtlaw.com