**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60352-CIV-SMITH**

STARBOARD YACHT GROUP, LLC,

       Plaintiff,

vs.

M/V ANDIAMO, a 2019 Azimut 50
Flybridge Motor Vessel, its engines,
tackle, boats, gear, machinery,
appurtenances, etc. *in rem*,

       Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court on the parties' Joint Stipulation for Voluntary Dismissal

with Prejudice [DE 33].  Upon consideration, it is:

ORDERED that:

1.      This matter is **DISMISSED with prejudice.**

2.      All pending motions are **DENIED as moot.**

3.      Each party shall bear its own attorney's fees and costs.

4.      This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 17th day of October, 2024.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of Record